[No. 7205-0-II.  Division Two.  September 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v.
JON HOWARD DAY, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 8177, Milton R. Cox, J., entered July
1, 1983. *Dismissed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 7233-5-II.  Division Two.  September 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN
MONROE DESPAIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 83-1-00160-6, Alan R. Hallowell, J.,
entered August 4, 1983. *Dismissed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Worswick, C.J.,
and Petrich, J.

[No. 7261-1-II.  Division Two.  September 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
ROBERT STEINER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83-1-00191-7, Robert J. Bryan, J., entered
August 22, 1983. *Dismissed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Alexander, J.